```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

RICK HOLMAN                                              PLAINTIFF

v.                              Case No. 11-5152

FIRST REVENUE ASSURANCE, LLC                             DEFENDANT

### DEFAULT JUDGMENT

Now on the 13th day of February, 2012, comes on for consideration plaintiff's **Motion for Default Judgment and Incorporated Brief in Support (document #7).** The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. The plaintiff, Rick Holman, filed this action on June 23, 2011 against the defendant, First Revenue Assurance, LLC.

2. As evidenced by an Affidavit of Service (doc. #3) filed with this Court on October 9, 2011, First Revenue Assurance, LLC (hereinafter "First Revenue") was served with the complaint on September 2, 2011 by certified mail, restricted delivery, return receipt requested.

3. First Revenue has failed to answer or otherwise respond to the complaint.

4. Holman now moves for default judgment against First Revenue.

5. Due to its failure to respond, First Revenue is in default pursuant to Rule 55 of the Federal Rules of Civil Procedure. Therefore, the motion for default judgment should be, and it hereby is, **granted** against First Revenue and in favor of Holman.

6. Damages, in the amount of $16,586.08, should be, and hereby are, awarded to Holman as follows:

   * $15,500 for thirty-one (31) counts of violation of the Telephone Consumer Protection Act. 47 U.S.C. § 227(b)(3)(B);

   * $1,000 for actual and statutory damages under the Fair Debt Collection Practices Act; and,

   * Actual damages of $86.08 for the expenses incurred in small claims court.

7. Plaintiff is also awarded attorney's fees and costs in the amount of $2,441.81.

**IT IS, THEREFORE, ORDERED that** plaintiff's **Motion for Default Judgment and Incorporated Brief in Support (document #7)** is **granted**, and judgment is entered against First Revenue Assurance, LLC and in favor of Rick Holman, with damages in the amount of $16,586.08, and attorney's fees and costs in the amount

of $2,441.81, plus post-judgment interest at the rate of .15% until said judgment is paid in full.

    **IT IS SO ORDERED.**

                                        <u>/s/ Jimm Larry Hendren</u>
                                        UNITED STATES DISTRICT JUDGE